**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.R.M., A MINOR | : | No. 67 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: LUZERNE COUNTY CHILDREN AND YOUTH SERVICES | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| IN THE INTEREST OF: A.R.P., A MINOR | : | No. 68 MAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: LUZERNE COUNTY CHILDREN AND YOUTH | : | Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.